AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| TQP Development, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:14-cv-566 |
| Bed Bath & Beyond, Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bed Bath & Beyond, Inc.
C/O: Corporation Service Company
2711 Centerville Rd Ste 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Austin Hansley
Austin Hansley P.L.L.C.
5050 Quorum Dr. Suite 700
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/1/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-566

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* William Lilly , who is
designated by law to accept service of process on behalf of *(name of organization)*
Corporation Service Company on *(date)* 05/09/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/19/2014

_____
*Server's signature*

Brandon LaPray, Attorney
*Printed name and title*

5050 Quorum Dr, Ste 700
Dallas, TX 75254

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _William Lull_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Bed Bath & Beyond, Inc.<br>C/O: Corporation Service Company<br>2711 Centerville Rd Ste 400<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>5/14/14 |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered         ☒ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 3020 0001 6692 7539 |

PS Form 3811, July 2013        Domestic Return Receipt