## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:14-cv-00566-JRG |
| v. | |
| BED BATH AND BEYOND, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Bed Bath and Beyond, Inc. ("Defendant") files this Notice of Appearance of Additional Counsel, and hereby notify the Court that Ricardo J. Bonilla, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as additional counsel for Defendant in the above-referenced matter.  All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated:  May 28, 2014                    Respectfully submitted,

                                        FISH & RICHARDSON P.C.


                                        By:  */s/ Ricardo J. Bonilla*  _____
                                             Neil J. McNabnay
                                             mcnabnay@fr.com
                                             Texas Bar No. 24002583
                                             Ricardo J. Bonilla
                                             rbonilla@fr.com
                                             Texas Bar No. 24082704
                                             1717 Main Street, Suite 5000
                                             Dallas, TX  75201
                                             (214) 747-5070 - Telephone
                                             (214) 747-2091 - Facsimile

                                        COUNSEL FOR DEFENDANT
                                        BED BATH AND BEYOND, INC.


## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on May 28, 2014, to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


                                        */s/ Ricardo J. Bonilla*  _____
                                        Ricardo J. Bonilla