IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>BED BATH & BEYOND INC.,<br><br>  Defendant. | CASE NO. 2:14-cv-566-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BED BATH & BEYOND INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Bed Bath & Beyond Inc., by and through its undersigned counsel, hereby discloses the following:

- Bed Bath and Beyond Inc. is a publicly traded corporation. It has no parent company and no publicly-held corporation owns 10% or more of Bed Bath & Beyond Inc.'s shares.

Respectfully submitted,

Dated:  July 15, 2014

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla

Texas Bar No. 24082704
rbonilla@fr.com
1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

Wasif Qureshi
Texas Bar No. 24048155
qureshi@fr.com
1221 McKinney St., Suite 2800
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 – Facsimile

**Attorneys for Defendant
BED BATH & BEYOND INC.**

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15th, 2014, per Local Rule CV-5(a)(3)..

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
