IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC § § | | |
| v. § § | | |
| BED BATH & BEYOND, INC. § § | | Case No. 2:14-CV-566-JRG-RSP LEAD CASE |
| CARESTREAM DENTAL LLC | § | Case No. 2:14-CV-568-JRG-RSP |
| EBAGS, INC. | § | Case No. 2:14-CV-570-JRG-RSP |
| FRONTIER AIRLINES HOLDINGS, INC. | § | Case No. 2:14-CV-572-JRG-RSP |
| GROUPON, INC. | § | Case No. 2:14-CV-573-JRG-RSP |
| HILTON WORLDWIDE, INC. | § | Case No. 2:14-CV-575-JRG-RSP |
| INTER-CONTINENTAL HOTELS CORPORATION | § § | Case No. 2:14-CV-577-JRG-RSP |
| J.CREW GROUP, INC. | § | Case No. 2:14-CV-578-JRG-RSP |
| KAISER PERMANENTE VENTURES, LLC | § § | Case No. 2:14-CV-579-JRG-RSP |
| MARRIOTT INTERNATIONAL, INC. | § | Case No. 2:14-CV-582-JRG-RSP |
| FURNITURELAND SOUTH, INC. | § | Case No. 2:14-CV-634-JRG-RSP |

## CONSOLIDATION ORDER

The Court has reviewed the pleadings and has observed that the same patents are asserted in the captioned cases. Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the captioned cases for pretrial purposes only. Case No. 2:14-CV-566 is hereby designated as the lead case. All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 5th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE