# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>EBAGS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:14-cv-570<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(2), Plaintiff TQP Development, LLC ("TQP") and Defendant eBags, Inc. ("eBags"), collectively the "Parties", through their counsel of record, jointly move the Court for a dismissal of all claims between the Parties without prejudice as follows:

1.  TQP consents to dismissal without prejudice of all of its claims against eBags in this suit.

2.  eBags consents to dismissal without prejudice of all of its claims against TQP in this suit.

3.  The Parties shall each bear their own costs and fees, including attorneys' fees, in accordance with the above-captioned suit and the underlying transactions.

DATED August 6, 2014.

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254

Telephone: (469) 587-9776
Facsimile: (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF TQP DEVELOPMENT, LLC.**

By: */s/ Ian R. Walsworth*
**SHERIDAN ROSS PC**
Admitted *pro hac vice*
Colorado Bar. No. 36,628
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: (303) 863-9700
Facsimile: (303) 863-0223
Email: litigation@sheridanross.com

John D. Fraser
**Ferguson, Braswell & Fraser, PC**
State Bar No. 07393550
2500 Dallas Parkway, Suite 501
Plano, TX 75093
Telephone: (972) 378-9111
Facsimile: (972) 378-9115
E-Mail: jfraser@dallasbusinesslaw.com

**ATTORNEYS FOR DEFENDANT EBAGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Austin Hansley*
Austin Hansley