IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>J. CREW GROUP, INC.,<br><br>       Defendant. | Civil Action No. 2:14-cv-578<br><br>JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal Without Prejudice of all claims asserted between Plaintiff, TQP Development, LLC, and Defendant J. Crew Group, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, TQP Development, LLC, and Defendant, J. Crew Group, Inc., are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate J. Crew in Case No. 2:14-cv-566, and the Clerk is ORDERED to close Case No. 2:14-cv-578.

**SIGNED this 7th day of August, 2014.**

                            _____
                            ROY S. PAYNE
                            UNITED STATES MAGISTRATE JUDGE