IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>Plaintiff,<br><br>v.<br><br>CARESTREAM HEALTH, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-566<br>(Lead Case)<br><br>CIVIL ACTION NO. 2:14-cv-568<br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal Without Prejudice of all claims asserted between Plaintiff, TQP Development, LLC, and Defendant Carestream Health, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, TQP Development, LLC, and Defendant, Carestream Health, Inc. are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Carestream in Case No. 2:14-cv-566, and the Clerk is ORDERED to close Case Nos. 2:14-cv-566 and 2:14-cv-568.

**SIGNED this 8th day of August, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE