# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>BED BATH & BEYOND, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:14-cv-566<br><br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal Without Prejudice of all claims asserted between Plaintiff, TQP Development, LLC, and Defendant Bed Bath & Beyond, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, TQP Development, LLC, and Defendant, Bed Bath & Beyond, Inc., are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 8th day of August, 2014.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE