# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:14-cv-573** |
| | **Consolidated with 2:14-cv-566** |
| **v.** | |
| **GROUPON, INC.,** | |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal With Prejudice of all claims asserted between Plaintiff, TQP Development, LLC, and Defendant Groupon, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, TQP Development, LLC, and Defendant, Groupon, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The lead case shall remain open but the Clerk of Court is directed to close 2:14-cv-573.

**SIGNED this 28th day of August, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE